United States District Court
Southern District of Texas
**ENTERED**
November 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HIEN THE NGUYEN, A-#59246162, § § § Petitioner, § § v. § § JEFF SESSIONS, *et al.*, § § § Respondents. § | CIVIL ACTION NO. H-17-0012 |

**FINAL JUDGMENT**

For the reasons set forth in the Court's Memorandum and Order signed on this date, this case is **DISMISSED** without prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 27TH day of November, 2017.

EWING WERLEIN, JR
UNITED STATES DISTRICT JUDGE